# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00573-CV

**Ruby Gipson Hicks; James H. Gipson; Glenda A. Sturges; Mildred I. McNair; Wanda R. Gipson; Lillie Pinks; Larry Gipson; Donald L. Hicks; Mary A. Allen; Cleran Ray Gipson; Kathy Cobb; Clint L. Gipson; Felicia Cameron; A. C. Gipson; Cleo Gipson, Jr.; Vivian Gipson; Derrick A. Gipson; Thomas K. Gipson; Leola Tombs; Elena Baker; and Robert Lee Mosley; Appellants**

**v.**

**Railroad Commission of Texas and Stonewall Production Company, Inc., Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-04-003942, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a Motion to Dismiss Appeal and state that appellees do not oppose their motion. We grant the motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellants' Motion

Filed:   January 9, 2008